## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PAULETTE MANNING | : | |
| | : | |
| | : | BANKRUPTCY NO. 12-21260 |

### MODIFIED PLAN UNDER CHAPTER 13, TITLE 11, UNITED STATES CODE

Debtor hereby modifies her previously filed Chapter 13 Plan. Debtor has remitted payments to the Chapter 13 Trustee totaling $589.56.

Debtor's payments to the Trustee shall be $221.22 per month for the 31 months of her Plan commencing June, 2013 with payments as follows:

The trustee shall make disbursements as follows:
   a. Administrative Expenses -
      (i) Trustee's Fee: not to exceed 10%
      (ii) Attorney's Fee:

   b. Priority Claims under 11 U.S.C. § 507 -

   c. Secured Claims

   $2,647.43 to Regional Acceptance Corporation for pre-petition arrears for Debtor's 2006 Nissan Altima.

   $2,101.25 to the City of Philadelphia, Law Department – Tax Unit for past due real estate taxes, which includes secured claim of $1,654.53 plus interest at the rate of 9% for the length of the Chapter 13 plan.

   $537.79 to the City of Philadelphia, Law Department – Tax Union for statutory secured water claim.

   $1,483.87 to Springleaf Financial services for pre-petition arrears on Debtor's mortgage for property located at 7727 Rugby St. Philadelphia, PA 19150.

   d. Unsecured claims *pro rata*

   e. Debtor will continue making post-petition mortgage payments to Regional Acceptance Corporation and Springleaf Financial Services.

   f. Title to Debtor's property shall re-vest in the debtor upon confirmation of a plan.

Debtor's base amount shall be $7,447.38.

                                              FREEDMAN AND LORRY, P.C.
                                              ATTORNEYS FOR DEBTOR

                                             /s/ Michael J. Veneziani
                                              MICHAEL J. VENEZIANI, ESQUIRE

Date: 6/3/2013