**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PAULETTE MANNING | : | |
| | : | |
| | : | BANKRUPTCY NO. 12-21260 |

## MODIFIED PLAN UNDER CHAPTER 13, TITLE 11, UNITED STATES CODE

Debtor has remitted payments to the Chapter 13 Trustee totaling $1,701.56.

The future earnings or other future income of the Debtor are submitted to the supervision and control of the trustee. The Debtor shall pay to the trustee sum of $114.06 per month for the remaining 23 months of her Plan, beginning in February 2014.

Debtor's base amount shall be $4,325.00

The trustee shall make disbursements as follows:
    a. Administrative Expenses -
        (i) Trustee's Fee: not to exceed 10%
        (ii) Attorney's Fee:

    b. Priority Claims under 11 U.S.C. § 507 -

    Claim No. 8-1: $1,894.09 to the City of Philadelphia, Law Department – Tax Unit for past due real estate taxes which includes principal balance of $1,654.53 plus interest at the rate of 9% ($239.56) over the period necessary to pay the claim.

    c. Secured Claims

    Claim No. 1-1: $1,483.87 to Springleaf Financial services for pre-petition arrears on Debtor's mortgage for property located at 7727 Rugby St. Philadelphia, PA 19150.

    Claim No. 3-1: $0.00 to Regional Acceptance Corporation for Debtor's 2006 Nissan Altima. Certification of Default has been filed and Debtor will surrender vehicle.

    Claim No. 10-1: $537.79 to the City of Philadelphia, Law Department – Tax Unit for statutory secured water claim.

    d. Unsecured claims *pro rata*

    e. Debtor will continue making post-petition mortgage payments to Springleaf Financial Services.

    f. Title to Debtor's property shall re-vest in the debtor upon confirmation of a plan.

                                                       FREEDMAN AND LORRY, P.C.
                                                       ATTORNEYS FOR DEBTOR

                                                       /s/ Michael J. Veneziani
                                                       MICHAEL J. VENEZIANI, ESQUIRE

Date: 11/14/2013